# First District.

Fred J. Smith, trading as J. Smith and Company, appellant, v. The Rudolph Wurlitzer Company, appellee. Gen. No. 37,596.

Opinion filed June 26, 1935.

J. H. Perkinson, for appellant. Hoyne, Murdock, Reilly & Gelderman, for appellee; Gregory A. Gelderman, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

James L. Cooke and Elsie Main Cooke, appellees, v. David A. Badenoch et al., appellants. Gen. No. 37,700.

Opinion filed June 26, 1935. Rehearing denied July 10, 1935.

Winston, Strawn & Shaw, for certain appellant; John D. Black and George T. Evans, of counsel. Tenney, Harding, Sherman & Rogers, for certain other appellants; S. Ashley Guthrie and William W. Miller, of counsel. Sanders, Childs, Bobb & Wescott, for appellees; W. L. Bourland and F. M. Hartman, of counsel. Thomas Hart Fisher, for cross appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Chicago Psychiatric Aid Society, appellee, v. Alexander B. Magnus, appellant. Gen. No. 37,752.

Opinion filed June 26, 1935.

Stebbins, McKinley & Price, for appellant; William McKinley and Paul E. Price, of counsel. Martin O. Weisbrod and Harry J. Busch, for appellee; Samuel A. Hoffman, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.